UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONALD P. MELVIN,<br><br>                Plaintiff,<br><br>vs.<br><br>LAKE COUNTY SHERIFF'S OFFICE; BROOK LIVINGSTON, Deputy, Lake County Sheriff Office; AUSTIN RUBEL, Deputy, Lake County Sheriff Office; ANDY IVANOFF, Trooper, Montana Highway Patrol; and MONTANA HIGHWAY PATROL,<br><br>                Defendants. | Case No. CV-24-064-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in accordance with the Court's order dated October 21, 2024 (Doc. 16), this action is DISMISSED WITHOUT PREJUDICE.

      Dated this 21st day of October, 2024.

                                              TYLER P. GILMAN, CLERK

                                              By: /s/ Sarah Nagy
                                              Sarah Nagy, Deputy Clerk